QUEEN CITY LODGE NO. 69, FRATERNAL ORDER OF POLICE, APPELLANT,
*v.* STATE EMPLOYMENT RELATIONS BOARD, APPELLEE.

[Cite as *Queen City Lodge No. 69, Fraternal Order of Police v. State
Emp. Relations Bd.,* 120 Ohio St.3d 1221, 2009-Ohio-255.]

(No. 2007–2269—Submitted November 19, 2008—Decided January 28, 2009.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently
accepted.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LAN-
ZINGER, and CUPP, JJ., concur.

Hardin, Lazarus, Lewis & Marks, L.L.C., Stephen S. Lazarus, and Kimberly A.
Rutowski, for appellant.

Richard Cordray, Attorney General, Benjamin C. Mizer, Solicitor General, and
Anne Light Hoke, Assistant Attorney General, for appellee State Employment
Relations Board.

John P. Curp, City Solicitor, and Richard Ganulin, Assistant City Solicitor, for
appellee city of Cincinnati.

Paul L. Cox, Chief Counsel, Fraternal Order of Police of Ohio, Inc., urging
reversal for amicus curiae Fraternal Order of Police of Ohio, Inc.

Schottenstein, Zox & Dunn Co., L.P.A., Stephen L. Byron, Stephen J. Smith,
and Asim Z. Haque; and John Gotherman, urging affirmance for amicus curiae
The Ohio Municipal League.

Frost Brown Todd, L.L.C., Donald L. Crain, and Thomas B. Allen, urging
affirmance for amicus curiae Ohio Public Employer Labor Relations Association.